# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE JANIS L. SAMMARTINO)

UNITED STATES OF AMERICA, )
                    Plaintiff, )
                           )
                           )
                           )
            v.                  )
                           )
ALBERTO NAJAR ROBLES, )
                 Defendant. )
)

CASE NO. 19CR3069-JLS

**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING**

     GOOD CAUSE APPEARING and based on the joint motion of the parties, the motion hearing/trial setting is continued from December 4, 2020 at 1:30 p.m. to **January 22, 2021 at 1:30 p.m.**

     For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

     IT IS SO ORDERED.

DATED:  December 2, 2020

_____
Honorable Janis L. Sammartino
United States District Judge